DATE:    5/27/2016    AT: 10:00

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR TELEPHONE CONFERENCE

DOCKET NUMBER:  06-126

TITLE: HILL -V- LAIRD, ET AL.

APPEARANCES:

FOR PLAINTIFF(S):  DEMETRIUS HILL, *PRO SE*

FOR DEFENDANT(S):  JAMES CHO, SETH EICHENHOLTZ - OTHER DEFTS.
                   NICHOLAS KAIZER, RICHARD LEVITT - DEFT. MALDONADO


REPORTER: M. STEIGER

  X       CASE CALLED.

  X       *PRO SE* PLAINTIFF AND COUNSEL FOR DEFENDANTS PRESENT.

_____     COUNSEL FOR _____ NOT PRESENT.

  X       CONFERENCE HELD.

_____     DISCOVERY TO BE COMPLETED BY_____

_____     PARTIES TO COMPLETE_____
          BY THE NEXT CONFERENCE OR BY_____

  X       NEXT CONFERENCE SET FOR 7/ 1/2016 AT  2:30PM (PHONE).

_____     CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
          FOR_____

_____     MOTION TO BE FILED BY _____/2016;
                    RESPONSE BY ____/ /2016;
                    REPLY BY    ____/ /2016.

_____     JURY SELECTION SET FOR___/ /2016 AT 9:30AM

_____     TRIAL SET FOR SAME DAY OR SOON THEREAFTER _____

  X       OTHER: COURT ISSUES RULING ON THE RECORD DENYING MOTIONS
          [167], [173], AND [174]; GRANTING IN PART AND DENYING IN
          PART MOTION [172].