```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW YORK
```

```
DEMETRIUS HILL,           )
                          )
   Plaintiff,             )
                          )
-vs-                      )Case Number
                          )CV-06-cv-126-JS-MLO
                          )
PAUL LAIRD, et al.,       )
                          )
   Defendants.            )
```

# C A P T I O N

THE DISCOVERY DEPOSITION OF DEMETRIUS HILL, taken pursuant to Notice before R. Keith Kennedy, a Notary Public for the State of Alabama at Large, on the 23rd day of December 2009, beginning at approximately 10:14 a.m., at the law Federal Correctional Institute Talladega, 565 East Renfroe Road, Talladega, Alabama; said deposition taken pursuant to the Federal Rules of Civil Procedure.

Exhibit 1

```
 1     A         Oh, okay.
 2     Q         -- are there -- is there anything
 3     in here that you'd like to tell me --
 4     A         In form or substance?
 5     Q         Right.  That may not be correct
 6     that you just want to let us know, that's
 7     all.
 8               It's not a trick question.  I'm
 9     just asking, you know, if there's anything
10     in here you'd like to change.  That's all.
11     A         Based on -- at this time that I
12     can -- that I see --
13     Q         Right.
14     A         -- or that jumps out at me right
15     now would be, you know, skimming through
16     it, no.
17     Q         You've filed this complaint
18     against eight defendants.  I'll name them
19     off.  You don't include their full names,
20     but I have the names.  I'll read them into
21     the record just so we have them.
22               Warden Paul Laird.
23               Associate Warden Jud Clemens.
```

```
 1                    Captain Rick Schoenfelder.
 2                    Lieutenant Frank Maldonado.
 3                    Case Manager Patrick McFarland.
 4                    DHO is disciplinary hearing
 5      officer; is that right?
 6      A       That's correct.
 7      Q       Daniel Garcia.
 8                    Correctional officer -- CO is
 9      correctional officer; right?
10      A       That's correct.
11      Q       Terrell Wheeless.
12                    And CO Gregory Henderson; is that
13      right?
14      A       That is correct, sir.
15      Q       Those are the defendants you are
16      intending on naming in this lawsuit?
17      A       At this time that is correct,
18      sir.
19      Q       At the time you filed this
20      lawsuit, were these all employes at the
21      MDC?
22      A       That is correct, sir.
23      Q       And that's how you first became
```

```
 1    Q         You've raised a number of
 2    allegations regarding Hughes; right?
 3    A         Yeah.
 4    Q         About not cleaning up your cell,
 5    calling you "Peaches", the harassment.
 6    A         No.  He wanted me to call him
 7    "Peaches".
 8    Q         He is not a defendant in this
 9    lawsuit, is he?
10    A         Unfortunately.
11    Q         Why do you mention Hughes in this
12    case?
13    A         In the lawsuit?
14    Q         Yeah.
15    A         Because I meant to name him.  And
16    I was actually surprised that I didn't name
17    him.  And I think that the person I had
18    type it up may have inadvertently missed
19    his name.
20    Q         Maybe she couldn't read your
21    handwriting.
22    A         Is it that bad?
23    Q         Sorry.
```